UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM WOLFF,<br><br>                Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. C16-5852-JCC<br><br>ORDER OF REMAND |

The Court has reviewed the entire record, including the administrative record, the parties' briefing, and the report and recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED that:

(1) The Court ADOPTS the report and recommendation;

(2) The Court REMANDS this matter for further administrative proceedings; and

(3) The Clerk shall SEND copies of this order to the parties and to Judge Theiler.

DATED this 5th day of June, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
PAGE - 1