THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM WOLFF, <br><br> Plaintiff, <br><br> v. <br><br> NANCY BERRYHILL, <br><br> Defendant. | CASE NO. C16-5852-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 23). Plaintiff was the prevailing party on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See* Dkt. Nos. 20, 21.) Accordingly, the Court GRANTS Plaintiff's motion. Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $1,405.61.

If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department's Offset Program, then the check for attorney fees shall be made payable to Plaintiff's attorney, Kevin Kerr, based upon Plaintiff's assignment of these amounts to counsel.

Whether the check is made payable to Plaintiff or to counsel, the check shall be mailed to Kevin Kerr at the following address: P.O. Box 14490, Portland, OR 97293.

//

DATED this 18th day of October 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE